UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Charles Lee LaTourelle,

Plaintiff,

vs. ORDER

David Christ, Linda Harper,

Defendants. Civ. No. 00-492(ADM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 11th day of August, 2000.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(B), and upon routine supervision of cases filed in this Division.

To facilitate the disposition of this action, and in accordance with L.R.7.1(b)(1), Local Rules for the United States District Court for the District of Minnesota, the attached briefing schedule is hereby implemented.

WHEREFORE, It is -

ORDERED:

1. That all dispositive Motions, together with their supporting Memoranda, Affidavits and Exhibits, shall be served and

AUG 11 2000

filed **by no later than November 12, 2000.**

2. That all Memoranda in opposition to any dispositive Motion, together with their Affidavits and Exhibits, shall be served and file **by no later than December 12, 2000.**

3. That all Reply Memoranda shall be served and filed **by no later than December 26, 2000.** The parties are reminded that no Affidavits, or other evidentiary submissions, may be served in conjunction with a Reply Memorandum, unless express leave has been obtained, in advance, from the Court. See, L.R.7.1(b)(1)(C), Local Rules for the United States District Court for the District of Minnesota.

4. That there shall be no Hearing on the Motions presented by the parties, unless the Court determines that oral argument is essential to secure the just, speedy and inexpensive determination of this action. See, Rule 1, Federal Rules of Civil Procedure.

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge